# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| GREGORY M. JOHNS,<br><br>       Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation, et al,<br><br>       Defendants. | CV 17-78-GF-BMM<br><br>**ORDER** |

  Defendants BNSF Railway and John Swing (Defendants) have moved for an order allowing Caleena D. Svatek, Esq., to appear *pro hac vice* in this case with Chad M. Knight of Knight Nicastro, LLC, Kansas City, MO, designated as local counsel. Ms. Svatek's application appears to be in compliance with L.R. 83.1(d).

  ORDERED:

  Defendants's motion to allow Ms. Svatek to appear on their behalf (Doc. 25) is GRANTED, subject to the following conditions:

  1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with Ms. Svatek ;

  2. Ms. Svatek must do herown work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

  3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

  4. Admission is personal to Ms. Svatek.

  FURTHER ORDERED:

Ms. Svatek shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 21st day of September, 2017.

Brian Morris
United States District Court Judge